# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-848
Lower Tribunal No. 18-CA-002121

_____

INTEGRAL SERVICES, INC.,

Appellant,

v.

ENGLE PROPERTY TRUST, LLC,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Raymond L. Bass, Jr., of Bass Law Office, P.A, Naples, for Appellant.

Christopher D. Donovan, of Roetzel & Andress, LPA, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED